**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

ROBERT ROEDL; RONALD BUCH

**vs**

UNITED STATES TRUSTEE

**CASE NO** 20-31140
**CHAPTER:** 7

**DATE**: March 16, 2021
**PLACE**: East St Louis

---

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

| | | |
|---|---|---|
| **COUNSEL FOR PLAINTIFF**: | Ronald Buch | Appears |
| | Mark Lavery | Fails to Appear |
| **COUNSEL FOR DEFENDANT**: | Mark Skaggs | Appears |

**PROCEEDINGS:** 1) Objection to Motion for Examination Under Rule 2004
2) Objection to Motion for Examination Under Rule 2004

**MINUTES OF COURT:**

The hearing on the Objections to Motions for Examination Under Rule 2004, filed by the debtor and Attorney Ronald Buch, is continued to March 18, 2021, for a telephonic hearing, at 09:00 a.m. by the Bankruptcy Court, East St. Louis, IL. No further notice to issue.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Jacob Friederich
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**