# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–3 | User: jf | Date Created: 3/16/2021 |
| Case: 20–31140–lkg | Form ID: pdf900 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion10.es.ecf@usdoj.gov |
| tr | Donald M. Samson | dnldsamson@gmail.com |
| aty | Charles A Armgardt | carmgardt@uprightlaw.com |
| aty | Mark D Skaggs | mark.d.skaggs@usdoj.gov |
| aty | Mark T Lavery | laverylawyer@gmail.com |
| aty | Ronald Allan Buch | Belleville@tbcwam.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Robert J Roedl | 5706 G Rd | Waterloo, IL 62298 |

TOTAL: 1