IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT ROEDL AND RONALD BUCH

CASE NO 20-31140
vs
CHAPTER: 7

UNITED STATES TRUSTEE

DATE: March 18, 2021
PLACE: East St Louis

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:   Ronald Buch          Appears
                              Mark Lavery          Appears

**COUNSEL FOR DEFENDANT**: Mark Skaggs            Appears

**PROCEEDINGS**:  1.) Objection to Motion for Examination
                  2.) Objection to Motion for Examination

**MINUTES OF COURT**:

Case is called for hearing on the debtor's Objection to the United States Trustee's Motion for Examination Under Rule 2004 and the Objection filed by Ronald Buch to the United States Trustee's Motion for Examination Under Rule 2004.   Pursuant to the statements made in open court, the Motions are Granted and the Objections are Overruled.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Kim Billhartz
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**