IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| ROBERT J. ROEDL, | ) | |
| | ) | BK No: 20-31140 |
| Debtor. | ) | |

## **ORDER**

This matter is before the Court on Deighan Law LLC and Ronald Buch's ("Respondents") Motion to Set Deadline by Which to Respond to Motion for a Determination of Reasonable Value of Services of Debtors Attorney and for Sanctions filed June 7, 2021 (Doc. #45). The U.S. Trustee filed her Motion for a Determination of Reasonable Value of Services of Debtor's Attorney and for Sanctions on May 27, 2021 (Doc. #40), and the Court scheduled the matter for a telephonic hearing on June 29, 2021. After reviewing both Motions, the Court finds that it would be beneficial for a response to the U.S. Trustee's Motion to be filed and sets a deadline of June 21, 2021 for the Respondents to file their response to the U.S. Trustee's Motion (Doc. #40).

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: June 9, 2021

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/7